UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN M-S<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant | CASE NO. 2:20-cv-4873-PVC<br><br>ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |

    Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

    IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $6,700.00 in attorney's fees as authorized by 28 U.S.C. § 2412, and $0.00 for costs as authorized by 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated: April 26, 2022

_____
HON. PEDRO V. CASTILLO
United States Magistrate Judge